SAMUEL K. KAIN, APPELLANT, v. HELEN B. AMES, RESPONDENT.

Argued May 17, 1945—Decided September 27, 1945.

For the appellant, *Alfred D. Antonio.*

For the respondent, *Harry Spitzer.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE. CHANCELLOR, CHIEF JUSTICE, BODINE, DONGES, HEHER, PERSKIE, WELLS, RAFFERTY, DILL, FREUND, JJ. 10.

*For affirmance* (not on opinion below)—CASE, J. 1.

*For reversal*—None.